IRENE MURPHY, as Administratrix of the Estate of DENNIS J. MURPHY, Deceased, Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant.— Action to recover damages for the death of plaintiff's intestate in a grade crossing accident. Judgment in favor of plaintiff reversed on the law and the facts, and a new trial granted, with costs to abide the event. A new trial is required because of the erroneous admission of testimony that operators of

automobiles were accustomed to cross the tracks at the intersection involved herein despite the fact that the warning signal lights were flashing. Carswell, Johnston and Sneed, JJ., concur; Lewis, P. J., and Adel, J., concur for reversal of the judgment but as to granting a new trial they dissent and vote to dismiss the complaint with the following memorandum: The proof conclusively established that the decedent was guilty of contributory negligence as a matter of law. (*Wadsworth* v. *Delaware, L. & W. R. R. Co.,* 296 N. Y. 206, and cases cited therein.)